**NITTO SHOSEN K. K., Appellant,**

v.

**William H. JOHNSON, Appellee.**

**CRESCENT WHARF & WAREHOUSE CO., Appellant,**

v.

**NITTO SHOSEN K. K., Appellee.**

**No. 19633.**

United States Court of Appeals
Ninth Circuit.

Aug. 12, 1965.

Gordon K. Wright, Francis J. MacLaughlin, Lillick, Geary, McHose & Roethke, Los Angeles, Cal., for appellant, Nitto Shosen K. K.

Ben Margolis, Margolis & McTernan, Los Angeles, Cal., George E. Shibley,

Long Beach, Cal., for appellee, Wm. H. Johnson.

Robert Sikes, Los Angeles, Cal., for appellant, Crescent Wharf & Warehouse Co.

Before ORR, MERRILL and ELY, Circuit Judges.

PER CURIAM.

We find no error in the instructions given when the charge is read as a whole. Accordingly upon both appeals judgment is affirmed.